No. 12–6596. ONTIVEROS *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6600. PLOTT *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 12–6601. LIVERMORE *v.* SANDOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6602. ALMENDAREZ *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 12–6604. RHETT *v.* HUDSON COUNTY CHILD SUPPORT UNIT ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–6610. SHIELDS *v.* FRONTIER TECHNOLOGY LLC, DBA MICROAGE LLC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6612. SMITH *v.* BALDWIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6614. SNYDER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 12–6620. RIVERA CORTES *v.* FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–6625. JOST *v.* HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL. (two judgments). C. A. 9th Cir. Certiorari denied.

No. 12–6628. PYBURN *v.* OUBRE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6629. ABEBE *v.* SCOTT ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6634. SAMUEL *v.* TERRELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–6644. PACKER *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.